FILED
4/1/2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
                    Deputy Clerk

**SEALED**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　**Plaintiff**<br><br>**v**<br><br>**ARUN MAGO**<br>　　　　**Defendant** | **AU:25-CR-00183-RP(1)** |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

　　The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, respectfully requests that the Court seal all documents relating to the Indictment of Arun Mago, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight.

　　The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest.

A file-stamped copy shall be issued to the affiant and the government.

                    Respectfully submitted,

                    Margaret F. Leachman
                    Acting United States Attorney

By:   /s/ Keith M. Henneke
       Keith M. Henneke
       Assistant United States Attorney
       903 San Jacinto Blvd., Suite 334
       Austin, Texas 78701
       Office (512) 916-5858
       Fax    (512) 916 5854